UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SABINSA CORPORATION et al.,

Plaintiff,

-against-

DNP INTERNATIONAL, INC.,

Defendant.

CASE NO.: 06-CV-5508 (WJM)

**FINAL CONSENT JUDGMENT**

It appearing that Sabinsa Corporation ("Sabinsa"), Sami Labs Limited ("Sami"), and DNP International, Inc. ("DNP") (collectively, the "Parties" or individually, a "Party"), by and through their respective counsel, have stipulated to the entry of the following Final Judgment,

**IT IS HEREBY ORDERED THAT:**

1. This Court has subject matter jurisdiction over this matter as it arises under the Patent Laws of the United States, United States Code, Title 35. Specifically, jurisdiction and venue are proper under 28 U.S.C. §§ 1332(a), 1338(a), and 1391(a), (c).

2. This Court has personal jurisdiction over defendant DNP.

3. This action concerns United States Patents No. 5,972,382 entitled "Use of Piperine as a Bioavailability Enhancer" (the "'382 Patent") and No. 5,804,596 entitled "Method of Preparing a Forskohlin Composition from Forskohlin Extract and Use of Forskohlin for Promoting Lean Body Mass and Treating Mood Disorders" (the "'596 Patent").

4. Plaintiffs Sabinsa and Sami are the owners of the '382 and '596 Patents.

5. It is hereby determined and found that the '382 Patent is valid and was properly

1

issued by the United States Patent and Trademark Office under the patent laws of the United States.

6. It is hereby determined and found that the '596 Patent is valid and was properly issued by the United States Patent and Trademark Office under the patent laws of the United States.

7. DNP shall cease and desist, directly or indirectly, from importing, making, using, marketing, advertising for sale, or selling Piperine until February 24, 2015, and Forskohlin until February 27, 2017.[1]

8. Sabinsa, Sami, and DNP stipulate that in the event a party initiates proceedings in this Court to enforce this Judgment, they will submit to the jurisdiction of this Court.

---

[1] As used in this Final Consent Judgment, the following terms shall mean:

Piperine — Piperine is an extract from black pepper or long pepper, and as used in this Agreement refers to such extract by whatever name sold.

Forskohlin — Forskohlin is an extract from the coleus forskohlii plant, and as used in this Agreement refers to such extract by whatever name sold.

9. This Final Judgment disposes of all claims and counterclaims and terminates this action, subject to the Court's continuing jurisdiction to enforce and oversee the requirements contained in this Final Judgment.

Dated: June 25, 2007

*Sean R. Kelly*
Sean R. Kelly, Esq.
**SAIBER SCHLESINGER SATZ & GOLDSTEIN LLC**
One Gateway Center, 13th Floor
Newark, N.J. 07102-5311
Telephone: (973) 622-3333

AND

James H. Hulme, Esq.
Richard J. Berman, Esq.
**ARENT FOX LLP**
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC 20036
(202) 857-6000

Counsel for Plaintiff Sabinsa Corporation and Sami Labs Limited

*Joseph R. Donahue  6/20/07*
Joseph R. Donahue, Esq.
**LAW OFFICES OF JOSEPH R. DONAHUE**
Newport Corporate Center
Campus Drive
Newport Beach, CA 92660

Counsel for Defendant, DNP International, Inc.

**So Ordered**

_____        6/27/07
Hon. William J. Martini            Dated
United States District Judge

3